An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WILLIAM B. CASHION TRUST; AND ANGELA HAYDEN, AS TRUSTEE OF THE WILLIAM B. CASHION TRUST, Appellants, vs. WILLIAM B. CASHION, Respondent. | No. 60925 |
| WILLIAM B. CASHION TRUST; AND ANGELA HAYDEN, AS TRUSTEE OF THE WILLIAM B. CASHION TRUST, Appellants, vs. WILLIAM B. CASHION, Respondent. | No. 63139 |

**FILED**

**NOV 0 3 2014**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEALS

Having reviewed the parties' October 10, 2014, stipulation to dismiss these consolidated appeals, the stipulation is approved, and these appeals are hereby dismissed.

It is so ORDERED.[1]

_____, C.J.

cc: Hon. Joanna Kishner, District Judge
Hon. Elissa F. Cadish
William C. Turner, Settlement Judge
Marquis Aurbach Coffing
Lionel Sawyer & Collins/Las Vegas
Lewis Roca Rothgerber LLP/Reno
Eighth District Court Clerk

---

[1]In light of this order, we conclude that no action is necessary as to attorney Marla J. Hudgens' October 10, 2014, notice of disassociation of counsel.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-36290